

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-12-00824-CV

Karen D. **GRIFFIN,**
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY** and Kenneth Piper,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-08523
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellees' unopposed motion for leave to withdraw and substitute counsel of record is hereby GRANTED.

It is so **ORDERED** on April 4, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court